UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMIRO CAMACHO, JR., | Case No. 2:13-cv-00797-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendants. | |

Plaintiff, Ramiro Camacho, Jr., has submitted a motion for a temporary restraining order (dkt. no. 2).  A court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard.  Fed. R. Civ. P. 65.  Plaintiff is a pre-trial detainee at the Clark County Detention Center.  Plaintiff is afraid that Hispanic correctional officers at the jail are trying to kill him in retaliation for the death of his son.  Plaintiff points to an incident on December 19, 2012, in which Hispanic correctional officers used force to extract him from his cell, and an undated incident in state district court in which a Hispanic marshal choked him.  Plaintiff asks the Court to move him into federal custody.  Plaintiff has not alleged facts that could show an immediate and irreparable injury <u>will</u> occur.  At best, he has alleged fear and speculation of injury based upon a bad experience several months ago.  The Court finds that extraordinary relief is not warranted.

Plaintiff also has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (dkt. no. 1).  The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

The Court denies plaintiff's motion for a preliminary injunction (dkt. no. 3), motion for free copies (dkt. no. 4), and motion for appointment of counsel (dkt. no. 5) because the Court is dismissing this action.

IT IS THEREFORE ORDERED that plaintiff's motion for a temporary restraining order (dkt. no. 2), motion for a preliminary injunction (dkt. no. 3), motion for free copies (dkt. no. 4), and motion for appointment of counsel (dkt. no. 5) are DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall send plaintiff a blank form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.  The Clerk of the Court shall enter judgment accordingly.

DATED THIS 8th day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE